# IN THE SUPREME COURT OF TENNESSEE
## AT KNOXVILLE

FILED

October 19, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | Supreme Court |
| Appellant, | ) | NO. 03-S-01-9706-CR-00060 |
| | ) | |
| | ) | |
| v. | ) | Hamilton County |
| | ) | |
| | ) | |
| WILLIE WILLIAMS, JR., | ) | Court of Criminal Appeals |
| | ) | Reversed in Part. |
| | ) | |
| Appellee. | ) | |

## ORDER ON PETITION FOR REHEARING

A petition for rehearing has been filed on behalf of the appellants. After consideration of the same, a majority of the Court is of the opinion that the petition should be and the same is hereby denied at the cost of appellant.

Justice Birch and Special Justice Reid adhere to the views expressed in their original dissenting opinion.

_____
FRANK F. DROWOTA, III,
JUSTICE

**Concur:**
Anderson, C.J.
Holder, J.